PATRICK L. FORTE, Bar #80050
CORRINE BIELEJESKI, Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                  No. 08-46426 EDJ

AUDELIA CHESNEY,                        Chapter 7

        Debtor.           **EX PARTE MOTION TO STRIKE**
_____/        **VOLUNTARY PETITION AND NULLIFY**
                                        **FILING**

    Audelia Chesney, debtor herein, completed her pre-filing credit counseling on April 18, 2008. A copy of the Certificate of Counseling is attached hereto as Exhibit A. She filed this Chapter 7 Voluntary Petition on November 4, 2008, seventeen (17) days after the credit counseling certificate had expired.

    Pursuant to 11 USC §109 (h)(1), debtor is not eligible to be a debtor in bankruptcy and she hereby moves the court for an order striking the voluntary petition and nullifying the Chapter 7 filing herein.

Dated: November 13, 2008        /s/ Patrick L. Forte
                                PATRICK L. FORTE
                                Attorney for Debtor

Ex Parte Motion to Strike Voluntary                         Page 1 of 1
Petition and Nullify Filing